■

**IN RE: CHERUP, N.,**

**Appeal of: Cherup, L02–1**

**410 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

02–12–4185 (Allegheny)

Quashed

■

**COM.**

v.

**HAVLE, R.**

**581 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–05–CR–0000066–2015 (Bedford)

Affirmed

■

**COM.**

v.

**JOHNSON, A.**

**757 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–07–CR–0001026–2004 (Blair)

Affirmed

■

**COM.**

v.

**MCLEAN, A.**

**1056 WDA 2016**

Superior Court of Pennsylvania.

05/22/2017

CP–56–CR–0000981–2015 (Somerset)

Remanded Jurisdiction Retained

■

**L.A.G.**

v.

**J.W.G., JR.**

**36 WDA 2017**

Superior Court of Pennsylvania.

05/22/2017

2013–2003–CD (Clearfield)

Affirmed

■

**COM.**

v.

**EDEN, J.**

**1401 EDA 2015**

Superior Court of Pennsylvania.

05/23/2017

CP–51–CR–0012587–2011 (Philadelphia)

Affirmed/Vacated

